ORIGINAL

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 088390)
rwootton@cwghp.com
Brooke L. Dupre (SBN 260072)
bdupre@cwghp.com
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
ALCATRAZ CRUISES, LLC

FILED
2010 APR 13 P 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of | Case No.: cv 10 1572 BZ |
| ALCATRAZ CRUISES, LLC, | **NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY** |
| Plaintiff, | |
| For Exoneration from or Limitation of Liability. | |

NOTICE IS HEREBY GIVEN that plaintiff, ALCATRAZ CRUISES, LLC, has on April 13, 2010, filed a complaint wherein it claims the losses, damages and injuries occasioned, allegedly sustained or incurred upon or in any manner arising out of the operation of that certain LCM8 vessel, hull number LCM8 C200804, having Coast Guard number 1,191,433 ("the Vessel"), on or around September 5, 2007, were not the result of any negligence on its part or any unseaworthiness of the vessel or that any such negligence or unseaworthiness was without the knowledge or privity of plaintiff.

All persons, concerns, or firms having claims for such loss, damage or injury must file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims, on or before ____ July 1, 2010 ____; with the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, and serve on or mail a copy thereof to plaintiff's attorneys, COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP,

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CHA.Frederick/2827

-1-                                                                                                   Case No.: _____
NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

190 The Embarcadero, San Francisco, California 94105, Attention: Richard C. Wootton, or be defaulted.

Any claimant desiring to contest the right of the plaintiff to exoneration from or limitation of liability must file an answer to the said complaint, unless his claim has contained an answer, and serve on or mail to plaintiff's attorneys a copy thereof on or before the date set forth above, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims.

Dated: May 17, 2010

_____
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California
Magistrate Judge Bernard Zimmerman

Said Claimant shall also consent or decline to consent to magistrate judge jurisdiction, using the form that can be downloaded from the Court's website.
Website Address: http://www.cand.uscourts.gov.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CHA.Frederick/2827

-2-                                                                                     Case No.: _____
NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY