COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 088390)
rwootton@cwghp.com
Brooke L. Dupre (SBN 260072)
bdupre@cwghp.com
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
ALCATRAZ CRUISES, LLC



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>ALCATRAZ CRUISES, LLC,<br><br>    Plaintiff,<br><br>For Exoneration from or Limitation of Liability. | Case No.: CV 10 1572<br><br>[PROPOSED] ORDER DIRECTING ISSUANCE OF INJUNCTION AND MONITION |

A complaint having been filed in this Court by ALCATRAZ CRUISES, LLC ("Plaintiff") on April 13, 2010, as owner of that certain LCM8 vessel, hull number LCM8 C200804, having Coast Guard number 1,191,433 ("the Vessel"), seeking exoneration from or limitation of liability as provided for by statute, for all losses, injuries, damages, and deaths resulting or arising from the subject incident involving the alleged injuries suffered by David D. Frederick on or about September 5, 2007; and

It appearing from Plaintiff's complaint that the value of the Vessel after the incident does not exceed $375,000, and that claims may be asserted against Plaintiff for loss, injuries, damage, or death, and that said claims are subject to limitation in the action now on file in this Court; and

Upon the application of the Plaintiff's, IT IS HEREBY ORDERED that a notice and monition issue out of and under the seal of this Court to and against all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject incident of

-1-                Case No.:
[PROPOSED] ORDER DIRECTING ISSUANCE OF INJUNCTION AND MONITION

the Vessel admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before July 1, 2010, and to make due proof of their respective claims in such manner as may hereinafter be directed by further order of this Court, with liberty to any claimants who have duly filed their claims to answer Plaintiff's complaint and to file such answer with the Clerk of this Court on or before the date specified above; and

IT IS FURTHER ORDERED that Plaintiff shall give public notice of said monition pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(4) for Certain Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of general circulation in San Francisco, California, once per week for four consecutive weeks prior to the date fixed herein for the filing of claims; and

IT IS FURTHER ORDERED that not later than the date of the second publication of said notice, the Plaintiff shall mail a copy of said notice to every person and entity known to have made any outstanding claim against the Plaintiff or the Vessel arising from the subject incident; and

IT IS FURTHER ORDERED that the institution or prosecution of any suit, action, or other legal or administrative proceeding of any nature in any venue (outside these proceedings) against the Plaintiff or the Vessel regarding any claim resulting or arising from the subject incident voyage IS HEREBY ENJOINED, said injunction to remain in effect until the determination of this action in this Court; and

IT IS FURTHER ORDERED that service of this order as an Injunction shall be made by delivering a certified copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

SO ORDERED this 17th day of May, 2010, at San Francisco, California.

JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California
Magistrate Judge Bernard Zimmerman

-2-       Case No.:
[PROPOSED] ORDER DIRECTING ISSUANCE OF INJUNCTION AND MONITION