*E-Filed 6/22/11*

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
SPENCER J. PAHLKE (State Bar #250914)
**ATTORNEYS FOR DEFENDANT**
**DAVID FREDERICK**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCATRAZ CRUISES, LLC, | Case No. CV 10 1572 RS |
| Plaintiff, | **[~~PROPOSED~~] ORDER CONTINUING THE FACT DISCOVERY DEADLINE AS WELL AS THE DEADLINES FOR EXPERT WITNESS DISCOVERY** |
| v. | |
| FOR EXONERATION FROM OR LIMITATION OF LIABILITY, | |
| Defendants. | |

Based upon the stipulation of the parties herein,

**IT IS HEREBY ORDERED THAT:**

1. Fact discovery is permitted to proceed until August 10, 2011. (The previous date for this deadline was July 1, 2011).

2. On or before August 29, 2011, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2). (The previous date for this deadline was August 15, 2011).

3. On or before September 12, 2011, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2). (The previous date for this deadline was August 29, 2011).

4. On or before September 26, 2011, all discovery of expert witnesses pursuant to

1    Federal Rule of Civil Procedure 26(b)(4) shall be completed.  (The previous date

2    for this deadline was September 12, 2011).

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    Dated:  ___6/22_____, 2011    _____

6    HON. RICHARD SEEBORG
     JUDGE OF THE FEDERAL DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**WALKUP, MELODIA, KELLY
& SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

[PROPOSED] ORDER CONTINUING THE FACT DISCOVERY DEADLINE AS WELL AS THE DEADLINES FOR
EXPERT WITNESS DISCOVERY  - CASE NO. CV 10 1572 RS