1 | **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 | Richard C. Wootton (SBN 088390)
rwootton@cwghp.com
3 | 190 The Embarcadero
San Francisco, CA  94105
4 | Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
ALCATRAZ CRUISES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Complaint of | ) | Case No.:  10-1572 BZ |
|---|---|---|
| ALCATRAZ CRUISES, LLC, | ) | **PLAINTIFF'S PETITION FOR** |
|  | ) | **DISBURSEMENT OF FUNDS** |
| Plaintiff, | ) | **AND [PROPOSED] ORDER** |
| For Exoneration from or Limitation of Liability. | ) |  |

   Plaintiff Alcatraz Cruises, LLC ("the Plaintiff") hereby petitions the United States District Court, Northern District of California for return of the amount of $1,000 plus accrued interest, less the court registry fee, as deposited by the Plaintiff into the Court's registry account on April 13, 2010.  This case having been terminated on October 21, 2011, the Plaintiff now petitions this Court for approval of the Plaintiff's [Proposed] Order Granting Disbursement of Funds according to Title 28 of the United States Code Section 2042.  This disbursement should be made to the Plaintiff upon its delivery of the Order Granting Disbursement of Funds to the Finance Department of the Clerk's Office.

Dated:  September 18, 2012          COX, WOOTTON, GRIFFIN,
                                     HANSEN & POULOS, LLP
                                     Attorneys for Plaintiff
                                     ALCATRAZ CRUISES, LLC

                                     By: _____/s/_____
                                             Richard C. Wootton

CHA.Frederick/2827

1  **[PROPOSED] ORDER GRANTING THE PLAINTIFF'S PETITION FOR DISBURSEMENT OF FUNDS**

2

3  Having read and considered the Plaintiff Alcatraz Cruises, LLC's PETITION FOR

4 DISBURSEMENT OF FUNDS, and there being no opposition to said Petition, and good

5 cause otherwise appearing,

6  IT IS HEREBY ORDERED that the amount of $1,000 *plus accrued interest less the*

7 *court registry fee,* as deposited by the Plaintiff into the court's registry account on April 13,

8 2010 shall be returned to Plaintiff Alcatraz Cruises, LLC.

9  This disbursement should be made to the Plaintiff upon its delivery of this Order

10 Granting Disbursement of Funds to the Finance Department of the Clerk's Office.

11  **IT IS SO ORDERED.**

12  Dated: 09/27/2012           By: _____

13                                **District** *[signature: Bernard Zimmerman]*
                                          Judge Bernard Zimmerman

*[Seal: United States District Court, Northern District of California]*

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CHA.Frederick/2827

-2-                                                             Case No.: 10-1572 BZ
PLAINTIFF'S PETITION FOR DISBURSEMENT OF FUNDS AND [PROPOSED] ORDER